**DISMISS; and Opinion Filed June 5, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00536-CR

**TOMMY RAY VIDAL, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-35123-W**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Lewis

Tommy Ray Vidal pleaded guilty to possession of methamphetamine in an amount of four grams or more but less than 200 grams. Pursuant to a plea agreement, the trial court sentenced appellant to five years' imprisonment. Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant does not have the right to appeal. *See id.*; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/David Lewis/
DAVID LEWIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140536F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TOMMY RAY VIDAL, Appellant

No. 05-14-00536-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F11-35123-W.
Opinion delivered by Justice Lewis,
Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 5th day of June, 2014.

/David Lewis/
DAVID LEWIS
JUSTICE